UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | ED CV 25-01937 MEMF (DFM) | Date: | September 25, 2025 |
|---|---|---|---|
| Title | Artak Ovsepian v. Pamela Bondi, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge | |
|---|---|---|
| Nancy Boehme | | Court Reporter |
| Deputy Clerk | | Not Present |
| Attorney(s) for Plaintiff(s): | | Attorney(s) for Defendant(s): |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Requiring Further Supplemental Briefing

On July 28, 2025, Petitioner Artak Ovsepian ("Petitioner") filed the instant Petition for Writ of Habeas Corpus (the "Petition") against Pamela Bondi, Attorney General of the United States; the United States Department of Homeland Security ("DHS"); Kristi Noem, Secretary of DHS; F. Semaia, Warden of the Adelanto Detention Facility; and Ernesto Santacruz, Jr., Acting Director of the Immigration and Customs Enforcement ("ICE") Field Office (collectively, "Respondents"), alleging that his re-detention and continued detention in ICE custody violates, inter alia, the Due Process Clause of the Fifth Amendment to the United States Constitution and the Immigration and Nationality Act. Dkt. 1. The Court previously granted in part Petitioner's Application for a Temporary Restraining Order. Dkt. 20. That order remains in effect while the Petition remains under submission.

The Court has reviewed Respondents' Answer (Dkt. 28-1) and Petitioner's Reply (Dkt. 29). The record before the Court is insufficient on the nature and circumstances of Petitioner's re-detention. Though Deportation Officer Christopher A. Jenson states that ICE "re-detained Petitioner because he has a final removal order," Respondents have not identified the legal process or authority under which they acted in re-detaining Petitioner. Dkt. 27-1, ¶ 13. Nor have Respondents addressed Petitioner's allegations regarding their purported non-compliance with federal regulations governing re-detention. See Petition ¶¶ 10, 40. Respondents are ordered to supplement their briefing to address those issues.

Respondents are ordered to supplement their Answer as directed herein within seven (7) days of the date of this Order. Petitioner may then file a supplemental reply addressing the same issues within seven (7) days of Respondents' supplemental Answer.

IT IS SO ORDERED.